Name   VICTOR AVIÑA

Address   P.O. BOX 7500

   CRESCENT CITY, CA 95531

CDC or ID Number   # K15466

FILED

08 JUL 29 AM 11:28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

---

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA
(Court)

(PR)

**PETITION FOR WRIT OF HABEAS CORPUS**

WHA

VICTOR AVIÑA
Petitioner

vs.

ROBERT A. HOREL
Respondent

No. CV 08 3620
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS — READ CAREFULLY

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies.

- If you are filing this petition in the California Supreme Court, file the original and thirteen copies.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

---

Approved by the Judicial Council of California for use under Rules 56.5 and 201(f)(1) of the California Rules of Court [as adopted effective January 1, 1992]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished the Supreme Court and Court of Appeal.

Form Approved by the
Judicial Council of California
MC-275 [Rev. January 1, 1992]

This petition concerns:

    \_\_\_ \_\_\_\_ A conviction          \_\_\_\_ \_\_\_\_ Parole

    \_\_ . \_\_\_ A sentence          \_\_\_ X \_ Credits

    _____ Jail· or prison conditions          _____ Prison discipline

    _____ Other *(specify)*:_____

1. Your name __VICTOR AVIÑA__

2. Where are you incarcerated? __PELICAN BAY STATE PRISON__

3. Why are you in custody? ☒ Criminal Conviction ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

  a. If criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon") or state reason for civil commitment: __POSSESSION / PURCHASE COCAINE FOR SALE__ __AND EXFELON ARMED WITH A FIREARM HS CODE__

  b. Penal or other code sections: __H11351.5 - P12022 (c)__

  c. Name and location of sentencing or committing court: __SUPERIOR COURT OF SAN MATEO COUNTY__

  d. Case number: __SC051714A__

  e. Date convicted or committed: __10/30/2002__

  f. Date sentenced: __10/21/2002__

  g. Length of sentence: __12 years WITH 80%__

  h. When do you expect to be released? __11/4/2011__

  i. Were you represented by counsel in the trial court? ☒ Yes. ☐ No. If yes, state the attorney's name and address: __ERIC J. MESSERSMITH, 50 CALIFORNIA ST., 15 th FLOOR, SAN FRANCISCO, CA 94111__

4. What was the LAST plea you entered? (check one)

  ☐ Not guilty ☐ Guilty ☒ Nolo Contendere ☐ Other _____

5. If you pleaded not guilty, what kind of trial did you have?

  ☐ Jury ☐ Judge without a jury ☐ Submitted on transcript ☐ Awaiting trial

6. GROUNDS FOR RELIEF

Ground 1:   State briefly the ground on which you base your claim for relief. (For example, "the trial court imposed an illegal enhancement.") *If you have additional grounds for relief, use a separate page for each ground. Page 4 is designed so you can state ground 2. For additional grounds, make copies of page 4 and number the additional grounds in order.*

THE PETITIONER IS SERVING A NON-VIOLENT COMMITMENT IN CALIFORNIA DEPARTMENT OF
CORRECTION AND REHABILITATION (CDCR), FOR POSSESSION FOR SALES OF COCAINE AND EXFELON IN
POSSESSION OF A FIREARM, WHICH IS BEING OVER SHADOWED BY A PRIOR "VIOLENT" COMMITMENT
AFFECTING THE LENGTH OF CONFINEMENT.

a.   Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.*
CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where).* *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

THE PETITIONER'S WORK TIME / GOOD TIME CREDITS FOR A "NON-VIOLENT" PRISON COMMITMENT
ARE MISCALCULATED WITH THE APPLICATION OF WHICH GOVERNS THE "VIOLENT CRIME" WORK
TIME / GOOD TIME CREDITS, BY THE DEPARTMENT OF CORRECTIONS. THE DENIAL OF THE
APPROPIATE APPLICATION OF THE WORK TIME / GOOD TIME CREDITS THAT GOVERNS "NON-VIOLENT"
CRIMES, IS THE CAUSE OF THE PETITIONER'S MISCALCULATED TERM OF CONFINEMENT. WHEREAS,
IF THE WORK TIME / GOOD TIME CREDITS WERE RECALCULATED IN ACCORDANCE TO THE
"NON-VIOLENT" CRITERIAS. THE PETITIONER'S PRISON CONFINEMENT WOULD BE REDUCED.
(SEE EXHIBIT A AND B )

b.   Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

1) IN RE PHELON, 152 CAL. App. 4TH 1214 (2005)
2) IN RE TATE, 135 CAL. App. 4TH 756 (2006)
3) IN RE KEEVES, 35 CAL. 4TH 765 (2005)

7. **Ground 2** *(if applicable)*:

_____

_____

_____

_____

_____

a.  Supporting facts:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

b.  Supporting cases, rules, or other authority:

_____

_____

_____

_____

_____

8. Did you appeal from the conviction, sentence, or commitment?    Yes.  ☒ No.    If your answer is yes, give
the following information about your appeal:
Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court")

Result _____    Date of decision _____

Case number or citation of opinion, if known _____

Issues raised: a. _____

b. _____

c. _____

d. _____

Were you represented by counsel on appeal?  ☐ Yes.  ☐ No.  If yes, state the attorney's name and address, if known.

_____

9. Did you seek review in the California Supreme Court?  ☐ Yes.  ☒ No.  Result _____

Date of decision _____.  Case number or citation of opinion, if known _____

Issues raised: a. _____

b. _____

c. _____

d. _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not
make on appeal, explain why the claim was not made on appeal: THE PETITIONERS TIME LIMITATION FOR
RELIEF BY APPEAL HAVE EXPIRED AND THE RECENT STATE COURT DECISION IN THE CASES CITED ON
PAGE 3, #6 b.

11. Administrative Review:
a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies,
failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise
meritorious. (See *In Re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].)
Explain what administrative review you sought or explain why you did not seek such review:

THE PETITIONER DID NOT SEEK NOR EXHAUSTED ANY ADMINISTRATIVE AVENUES
DUE TO THE RELIEF CAN ONLY COME FROM THE COURT'S, TO CORRECT THE DEPARTMENTS
OF CORRECTION'S MISINTERPRETATION OF APPLICATION OF WORK TIME/GOOD TIME
CREDITS. THAT IS, THE PETITIONER IS CONVICTED OF A "NON-VIOLENT" FELONIES, HOWEVER,
WORKTIME CREDITS ARE THOSE APPLIED TO "VIOLENT FELONY" OFFENSES IN WHICH
THE PETITIONER HAS A "PRIOR CONVICTION" AND IS NO LONGER SERVING THAT PRISON
SENTENCE.

b. Did you seek the highest level of administrative review available?  ☐ Yes.  ☒ No.
*Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you previously filed any petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☒ No. If no, skip to number 15.

13. (1) Name of court _____

   Nature of proceeding (for example, "habeas corpus petition") _____

   Issues raised:  a. _____

   b. _____

   c. _____

   Result *(Attach order, if available)* _____ Date of decision _____

   (2) Name of court _____

   Nature of proceeding_____

   Issues raised:  a. _____

   b. _____

   c. _____

   Result *(Attach order, if available)* _____ Date of decision _____

   *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result.

   _____

   _____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

   THE CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION'S JUDGEMENT WITHOUT KNOWLEDGE

   DETERMINING AN APPROPIATE APPLICATION / INTERPRETATION OF PC SECTION 2933.1 (a). A RECENT

   CALIFORNIA COURT DECISION ON CREDITS RECACULATION IN A RETROACTIVE STATE COURT DECISION.

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known.

   _____

   _____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. *If yes, explain.*

   _____

   _____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court.

   THE RECENT STATE COURT DECISIONS OF RETROACTIVE CREDIT RECALCULATION OF PRISONER'S

   RELEASE DATES. _____

I, the undersigned, say:  I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 7.24.08

_____
(Signature of Petitioner)





ABSTRACT OF JUDGMENT — PRISON COMMITMENT — DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
*[Not to be used for multiple count convictions or for 1/3 consecutive sentences.]*

CR-290.1

| ☒ SUPERIOR | COURT OF CALIFORNIA, COUNTY OF **SAN MATEO** | |
|---|---|---|
| ☐ MUNICIPAL | BRANCH OR JUDICIAL DISTRICT | **41100** |

**FILED**
SAN MATEO COUNTY

**OCT 2 5 2002**

Clerk of the Superior Court
By _____
DEPUTY CLERK

| PEOPLE OF THE STATE OF CALIFORNIA vs. | |
|---|---|
| DEFENDANT: **VICTOR MANUEL AVINA JR.** | DOB: **04-27-77** |
| AKA: **VICTOR MANUEL AVINA, ETC.** | |
| CII#: **009719323** | |
| BOOKING #: **1040293** | ☐ NOT PRESENT |

| COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT | **PRESENT** | ☐ AMENDED ABSTRACT |
|---|---|---|

| CASE NUMBER | **SC051714A** |
|---|---|

| DATE OF HEARING | **10-21-02** | DEPT. NO. | **21** | JUDGE | **ROBERT D FOILES** |
|---|---|---|---|---|---|

| CLERK | **ANDREA DALEY** | REPORTER | **CINDY DEL ROSARIO** | PROBATION NO. OR PROBATION OFFICER | **NONE STATED** |
|---|---|---|---|---|---|

| COUNSEL FOR PEOPLE | **WAGSTAFFE** | COUNSEL FOR DEFENDANT | **MESSER SMITH** | ☒ APPTD. |
|---|---|---|---|---|

1. Defendant was convicted of the commission of the following felony:

| CNT. | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | CONVICTED BY COURT | CONVICTED BY PLEA | TERM (L, M, U) | TIME IMPOSED YRS. | TIME IMPOSED MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HS | 11351.5 | POSSESS FOR SALE COCAINE BASE | 2002 | 10-21-02 | | | X | M | *8 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022(C) | 4 | | | | | | | 4 |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☒ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes). ✳
5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   a. RESTITUTION FINE of: **$200.0** per PC 1202.4(b) forthwith per PC 2085.5.
   b. RESTITUTION FINE of: $_ per PC 1202.45 suspended unless parole is revoked.
   c. RESTITUTION of: $_ per PC 1202.4(f) to      ☐ victim(s)*      ☐ Restitution Fund
      (*List victim name(s) if known and amount breakdown in item 7, below.)
      (1) ☐ Amount to be determined.   (2) ☐ Interest rate of: _% (not to exceed 10% per PC 1204.4(f)(3)(A)).
   d. ☐ LAB FEE of: $_ for counts: _ per H&SC 11372.5(a).
   e. ☐ DRUG PROGRAM FEE of $150 per H&SC 11372.7(a).   f. ☐ FINE of $_ per PC 1202.5.
6. TESTING:   ☐ AIDS   ☐ DNA   pursuant to ☐ PC 1202.1   ☐ PC 290.2   ☐ other (specify): **296PC AFTER 1-99**
   Other orders (specify): **DEFENDANT SHALL REGISTER AS REQUIRED PURSUANT TO HS 11590N AS A NARCOTICS OFFENDER.**
   **WEAPON IS ORDERED ABATED PURSUANT TO PC 12028.**

| 8. | TOTAL TIME IMPOSED: | | 12 | 0 |
|---|---|---|---|---|

9. ☐ This sentence is to run concurrent with (specify):
10. Execution of sentence imposed
    a. ☒ at initial sentencing hearing.
    b. ☐ at resentencing per decision on appeal.
    c. ☐ after revocation of probation.
    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
    e. ☐ other (specify):

| 11. | DATE SENTENCE PRONOUNCED **10-21-02** | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS: **421** - INCLUDING: | ACTUAL LOCAL TIME **281** | LOCAL CONDUCT CREDITS **140** | ☐ 4019   ☐ 2933.1 | SERVED TIME IN STATE INSTITUTION   ☐ DMH   ☒ CDC   ☐ CRC |
|---|---|---|---|---|---|---|---|

12. The defendant is remanded to the custody of the sheriff   ☒ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
    To be delivered to   ☐ the reception center designated by the director of the California Department of Corrections.
    ☒ other (specify): **SAN QUENTIN STATE PRISONS.**

---

**CLERK OF THE COURT:** I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | **VIRGILIO S. CASTRO** | DATE | **10-25-02** |
|---|---|---|---|

This form is prescribed under PC 1215 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

| Form Adopted by the | **ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE** | Penal Code |
|---|---|---|
| Judicial Council of California CR –290.1 (Rev. January 1, 1999) | **SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM** | §§ 1170, 1213, 1213.5 |



| CDC NUMBER | NAME | | ETHNIC | BIRTHDATE |
|---|---|---|---|---|
| K15466 | AVINA, VICTOR, MANUEL *INMATE'S* | | HIS | 04/27/1977 |

*COPY*

ACA AVINA, VICTOR, MANUEL, JR

| TERM STARTS | MAX REL DATE | MIN REL DATE | MAX ADJ REL DT | MIN ADJ REL DT |
|---|---|---|---|---|
| 10/30/2002 | 08/23/2013 | 12/07/2011 | 08/23/2013 | ~~12/07/~~2011 |

BASE TERM  8/00 + ENHCMNTS   4/00 = TOT TERM  12/00

PAROLE PERIOD
3 YRS

PRE-PRISON + POST SENTENCE CREDITS
CASE      P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019    P2931 POST-SENT  TOT

| SC051714A | | | | | |
|---|---|---|---|---|---|
| 281 | | | 140 | 8 | 429 |

REGISTRATION REQUIRED PER H11590
PC296 DNA COMPLETED

| RECV DT/ COUNTY/ CNT | CASE OFF-CODE DESCRIPTION | SENTENCE DATE | CREDIT CODE | OFFENSE DATE |
|---|---|---|---|---|

CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE --
10/30/2002  SM    SC051714A              10/21/2002  NO STRIKES: 2
  01 H11351.5
               POSS/PURCHASE COCAINE F/SALE                      3    01/14/2002
               (H)WPN
               P12022(C)    02 ARMED F'ARM HS CODE               3

| TRAN TYPE | DATE | END DATE LOG NUMBER | RULE NUMBER | ASSESS | LOST | REST | DEAD |
|---|---|---|---|---|---|---|---|

DAYS

| TRAN TYPE | DATE | END DATE LOG NUMBER | RULE NUMBER | ASSESS | LOST | REST | DEAD |
|---|---|---|---|---|---|---|---|
| BEG | 07/26/1996 | ******BEG BAL******* | | | | | |
| ADD | 10/30/2002 | SC051714A | | | | | |
| BCL | 06/05/2003 | B03060030 3005C | 90 | 90 | | | |
| ADD | 10/30/2002 | SC051714A | | | | | |
| BCL | 12/12/2003 | B03120077 3016 A | 120 | 120 | | | |
| ADD | 10/30/2002 | SC051714A | | | | | |
| ADD | 10/30/2002 | SC051714A | | | | | |
| BCL | 02/02/2004 | B04020030 3005C | 90 | 90 | | | |
| ADD | 10/30/2002 | SC051714A | | | | | |
| BCL | 03/04/2005 | E05030003 3005B | 30 | 30 | | | |
| ADD | 10/30/2002 | SC051714A | | | | | |
| BCR | 08/09/2005 | E05030003 3005B | | | | 30 | |
| BCR | 08/09/2005 | B04020030 3005C | | | | 90 | |
| BCR | 08/09/2005 | B03060030 3005C | | | | 90 | |

******* CONTINUED *******

```
CDC NUMBER  |  NAME
  K15466    |  AVINA,VICTOR,MANUEL
```

```
ADD 10/30/2002              SC051714A
  CURRENT PC BALANCE:       0              CURRENT BC BALANCE:    625
```

## PROOF OF SERVICE BY MAIL

(C.C.P. section 101a #2015.5; 20 U.S.C. section 1746)

I, <u>VICTOR AVINA #K15466</u>, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below entitled action.

My Address is: P.O. Box 7500; Crescent City, CA 95531.

On the <u>24</u> day of <u>JULY</u>, in the year of 20<u>08</u>, I served the following documents: (set forth the exact title of documents served)

<u>1)PETITION FOR WRIT OF HABEAS CORPUS; 2) REQUEST FOR APPOINTMENT OF COUNSEL</u>
<u>AND DECLARATION OF INDIGENCY; AND 3) IN FORMA PAUPERIS.</u>

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postaage thereon fully paid, in the United states mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

<u>PETITION FOR WRIT OF HABEAS CORPUS</u>

I declare under penalty of perjury that the foregoing is true and correct.

Dated this <u>24</u> day of <u>JULY</u>, 20<u>08</u>.

Signed: _____

(Declarant Signature)

Rev: 03/10/00

PELICAN BAY STATE PRISON
5905 Lake East Dr
Crescent City CA 95532

JUL 25 2008
$0.

RECEIVED

JUL 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483.

Legal Mail

Victor Aviña C8-213

P.O. Box 7500

Crescent City, CA 95531