FILED
08 JUL 29 AM 11: 28
RICHARD W. WICKING
U.S. DISTRICT COURT

(PR)

WHA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VICTOR AVIÑA,      Plaintiff,

vs.

ROBER A. HOREL,

Defendant.

CASE NO. CV 08 3620

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __VICTOR AVIÑA__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security  I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____   - 1 -

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

___LAST DATE OF EMPLOYMENT '95, DIAMOND MEAT COMPANY, MENLO PARK, CA.___

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment     Yes ___ No X

   b. Income from stocks, bonds, or royalties?     Yes ___ No X

   c. Rent payments?     Yes ___ No X

   d. Pensions, annuities, or life insurance payments?     Yes ___ No X

   e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?     Yes X No ___

Spouse's Full Name: __BERTHA HERNANDEZ__

Spouse's Place of Employment: __UNKNOWN__

Spouse's Monthly Salary, Wages or Income:

Gross $ __UNKNOWN__     Net $ __UNKNOWN__

4.    a. List amount you contribute to your spouse's support: $ __0__

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____     - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?    Yes ____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ____ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

_____

8.  What are your monthly expenses?

Rent: $ _____0_____  Utilities: _____0_____

Food: $ _____0_____  Clothing: _____0_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 3 -

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___ No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-24-08

DATE                                SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____                - 4 -

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Victor Manuel Avina  K15466</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>16.67</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>91.46</u>.    (20%= $18.29)

Dated: 7/22/08                                                       _____
                                                                     Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-22-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Kleppin_
TRUST OFFICE

```
REPORT ID: TS3030   .701                                              REPORT DATE: 07/22/08
                                                                      PAGE NO:       1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 22, 2008

   ACCOUNT NUMBER : K15466                      BED/CELL NUMBER: CF08U 000000213L
   ACCOUNT NAME   : AVINA, VICTOR MANUEL        ACCOUNT TYPE: I
   PRIVILEGE GROUP: D
                                   TRUST ACCOUNT ACTIVITY

         TRAN
 DATE    CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
 -----   ----  -------------  ---------  ---------   --------    -----------    -------

 01/01/2008    BEGINNING BALANCE                                                 161.11

 01/03  FC04  DRAW-FAC 4     2823  C-8                               45.00       116.11
 01/16  W350  SPECIAL PURCH  3021  SP11  283149487                   22.04        94.07
 01/17  W502  POSTAGE CHARG  3068                                     0.41        93.66
 01/17  W502  POSTAGE CHARG  3068                                     0.41        93.25
 01/18  W502  POSTAGE CHARG  3091                                     0.41        92.84
 01/18  W502  POSTAGE CHARG  3091                                     0.41        92.43
 01/22  W502  POSTAGE CHARG  3133                                     0.02        92.41
 01/23  W502  POSTAGE CHARG  3140                                     0.41        92.00
 01/24  W502  POSTAGE CHARG  3168                                     0.41        91.59
 01/24  W502  POSTAGE CHARG  3172                                     0.41        91.18
 01/24  W502  POSTAGE CHARG  3172                                     0.41        90.77
 01/24  W502  POSTAGE CHARG  3191                                     0.41        90.36
 01/25  W502  POSTAGE CHARG  3195                                     0.41        89.95
 01/25  W502  POSTAGE CHARG  3197                                     0.02        89.93
 01/25  W502  POSTAGE CHARG  3197                                     0.02        89.91
 01/25* W502  POSTAGE CHARG  3201                                     0.41        89.50
 01/30  W502  POSTAGE CHARG  3257                                     0.58        88.92
 01/30  W502  POSTAGE CHARG  3257                                     0.58        88.34
 02/04  FC04  DRAW-FAC 4     3376  C-8                               30.00        58.34
 02/14  W502  POSTAGE CHARG  3570                                     0.41        57.93
 02/14  W502  POSTAGE CHARG  3570                                     0.41        57.52
 02/14  W502  POSTAGE CHARG  3570                                     0.41        57.11
 02/20  W502  POSTAGE CHARG  3631                                     0.41        56.70
 02/27  W502  POSTAGE CHARG  3755                                     0.41        56.29
 02/27  W502  POSTAGE CHARG  3758                                     0.41        55.88
 02/27  W502  POSTAGE CHARG  3758                                     0.41        55.47
 03/03  FC04  DRAW-FAC 4     3829  C-8                               15.00        40.47
 03/05  W502  POSTAGE CHARG  3873                                     0.41        40.06
 03/06  W502  POSTAGE CHARG  3914                                     0.97        39.09
 03/14  W502  POSTAGE CHARG  4040                                     0.41        38.68
 03/26  W502  POSTAGE CHARG  4202                                     0.41        38.27
 03/26* W502  POSTAGE CHARG  4202                                     0.41        37.86
 03/26  W502  POSTAGE CHARG  4202                                     0.41        37.45
 03/26* W502  POSTAGE CHARG  4202                                     0.41        37.04
 03/28  FR01  CANTEEN RETUR  704225                                   3.50-       40.54
 04/02  FC04  DRAW-FAC 4     4285  C8                                30.00        10.54
 04/16  W502  POSTAGE CHARG  4543                                     0.41        10.13
 04/23  W516  LEGAL COPY CH  4636                                     1.60         8.53
 05/01  W502  POSTAGE CHARG  4726                                     0.41         8.12
 05/01  W502  POSTAGE CHARG  4726                                     0.41         7.71
 05/01  W502  POSTAGE CHARG  4726                                     0.41         7.30
 05/01  W502  POSTAGE CHARG  4726                                     1.14         6.16
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-22-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

Case 3:08-cv-03620-WHA    Document 2    Filed 07/29/2008    Page 7 of 7

```
                        PELICAN BAY STATE PRISON
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 22, 2008

ACCT: K15466        ACCT NAME: AVINA, VICTOR MANUEL        ACCT TYPE: I
       TRAN
DATE   CODE  DESCRIPTION     COMMENT     CHECK NUM  DEPOSITS  WITHDRAWALS   BALANCE
-----  ----  --------------  ----------  ---------  --------  -----------  --------
05/05  W502  POSTAGE CHARG   4806                                  0.97        5.19
05/05  W502  POSTAGE CHARG   4806                                  0.41        4.78
05/12  D300  CASH DEPOSIT    4897  #218              100.00                  104.78
05/16  W502  POSTAGE CHARG   5013                                  0.42      104.36
05/16  W502  POSTAGE CHARG   5013                                  0.42      103.94
05/16  W502  POSTAGE CHARG   5013                                  0.42      103.52
05/23  W536  COPAY CHARGE    5109M05/19                            5.00       98.52
06/03  FC04  DRAW-FAC 4      5246   C-8                           45.00       53.52
06/04  W502  POSTAGE CHARG   5283                                  0.42       53.10
06/04  W502  POSTAGE CHARG   5283                                  0.42       52.68
06/04  W502  POSTAGE CHARG   5283                                  0.42       52.26
06/23  W512  LEGAL POSTAGE   5596                                  1.51       50.75
06/23  W516  LEGAL COPY CH   5601                                  0.60       50.15
06/23  W502  POSTAGE CHARG   5606                                  0.42       49.73
07/02  W502  POSTAGE CHARG   0021                                  0.42       49.31
07/02  W502  POSTAGE CHARG   0021                                  0.42       48.89
07/08  FC04  DRAW-FAC 4      0122   C-8                           45.00        3.89
07/09  W502  POSTAGE CHARG   0181                                  0.42        3.47
07/09  W502  POSTAGE CHARG   0181                                  0.42        3.05

                          TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL          TOTAL         CURRENT       HOLDS      TRANSACTIONS
   BALANCE       DEPOSITS      WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
  ---------     ----------    -------------   ---------    ---------    ------------
    161.11        100.00         258.06          3.05        0.00           0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-22-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------------
    3.05
---------------