VICTOR AVIÑA #K15466
P.O. BOX 7500
CRESCENT CITY, CA 95531

IN PRO PER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 29 AM 11:28
RICHARD W. WIEKING
U.S. DISTRICT COURT
            CALIFORNIA

IN RE

VICTOR AVIÑA

ON HABEAS CORPUS

No. CV 08 3620 (PR) WHA

REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY

I, VICTOR AVIÑA, DECLARE THAT I AM A PETITIONER TO THE ABOVE-REFERENCED MATTER, THAT I AM INCARCERATED AT PELICAN BAY STATE PRISON, AND THAT I AM INDIGENT AND UNABLE TO AFFORD COUNSEL. MY TOTAL ASSETS ARE $ 0 AND MY INCOME IS $ 0 PER MONTH.

I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THIS MATTER SO THAT MY INTERESTS MAY BE PROTECTED BY THE PROFESSIONAL ASSISTANCE REQUIRED. IN ADDITION, WHEN A COURT ISSUES AN ORDER TO SHOW CAUSE, COUNSEL MUST BE APPOINTED FOR AN INDIGENT PETITIONER WHO REQUESTS COUNSEL. CALIFORNIA RULE OF COURT, RULE 4.551 (c)(2).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON 7·24·08

*/s/ Aviña*