**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AVINA, | No. C 08-3620 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT A. HOREL, Warden, | |
| Respondent. | |

Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: August   4  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\AVINA3620.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VICTOR AVINA,

        Plaintiff,

  v.

ROBERT A. HOREL et al,

        Defendant.

Case Number: CV08-03620 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor Avina
K-15466/C8-213
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95531

Dated: August 4, 2008

                                  Richard W. Wieking, Clerk
                                  By: Frank Justiliano, Deputy Clerk