IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AVINA, | No. C 08-3620 WHA (PR) |
| Petitioner, | **ORDER AMENDING CAPTION** |
| v. | |
| ROBERT A. HOREL, Warden, | |
| Respondent. | |

The caption of the order of dismissal (document number 4 on the docket) is **AMENDED** to reflect that in forma pauperis status was denied rather than granted by substituting the word "denying" in place of the word "granting."

**IT IS SO ORDERED**.

Dated: September   2  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\AVINA3620.AMEND CAPTION.WPD

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VICTOR AVINA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT A. HOREL et al,<br><br>    Defendant. | Case Number: CV08-03620 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Victor Avina
K-15466/C8-213
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95531

Dated: September 2, 2008

                                          Richard W. Wieking, Clerk
                                          By: D. Toland, Deputy Clerk